**E-filed 7/3/07**

1  Brian Petirs (State Bar No. 238864)
   bpetirs@jonesday.com
2  JONES DAY
   1755 Embarcadero Road
3  Palo Alto, CA  94303
   Telephone:    (650) 687-4125
4  Facsimile:    (650) 739-3900

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7  William E. Kennedy (State Bar No. 158214)
   LAW OFFICE OF WILLIAM E. KENNEDY
8  2792 Park Avenue, Suite 201
   Santa Clara, CA  95050
9  Telephone:    (408) 241-1000
   Facsimile:    (408) 241-1500
10

11 Attorney for Plaintiff
   SONDRA BAZZOTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SONDRA BAZZOTI,** | **Case No. C07-00513-JF(PVT)** |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING THE MEDIATION DEADLINE** |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | **Date:** August 3, 2007<br>**Time:** 9:00 a.m.<br>**Judge:** The Honorable Jeremy Fogel |
| Defendant. | |

Under Plaintiff Sondra Bazzoti and Defendant Experian Information Solutions, Inc.'s Stipulated Request to Extend the Deadline to Attend Mediation, and good cause therefore appearing, it is hereby ordered that:

1. The deadline to attend mediation is extended by thirty (30) days to August 15, 2007.

LAI-2882694v1

Proposed Order Extending Mediation Deadline
C07-00513-JF(PVT)

1  2. The scheduling conference originally set for August 2, 2007, after the mediation, is
2  continued accordingly to August  31 , 2007 at 10:30 a.m.

4  **IT IS SO ORDERED,** this 2nd th day of July.

_____

The Honorable Jeremy Fogel