Brian Petirs (State Bar No. 238864)
bpetirs@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 687-4125
Facsimile:    (650) 739-3900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONDRA BAZZOTI,<br><br>            Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>            Defendant. | Case No. C07-00513-JF(PVT)<br><br>[PROPOSED] ORDER PERMITTING<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. TO ATTEND<br>MEDIATION BY TELEPHONE |

Upon the request of Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing,

**IT IS HEREBY ORDERED** that Experian's request to be excused from personal attendance at the mediation is granted on the condition that a personal representative of Experian be available to participate by telephone for the entirety of the mediation session.

**IT IS SO ORDERED.**

Dated: 6 – 29 – 07

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

LAI-2882691v1

Proposed Order Permitting Telephonic Attendance
C07-00513-JF(PVT)