*efiled 8/6/07

1  William E. Kennedy (State Bar No. 158214)
   LAW OFFICE OF WILLIAM E. KENNEDY
2  2797 Park Avenue, Suite 201
   Santa Clara, CA 95050
3  Telephone:  (408) 241-1000
   Facsimile:   (408) 241-1500
4
   Attorneys for Plaintiff
5  SONDRA BAZZOTI

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | **SONDRA BAZZOTI,** | Case No. C07-00513-JF(PVT) |
13 | Plaintiff, | **STIPULATED REQUEST TO EXTEND THE DEADLINE TO ATTEND MEDIATION AND [~~PROPOSED~~] ORDER** |
14 | v. | |
15 | **EXPERIAN INFORMATION SOLUTIONS, INC.,** | [ADR L.R. 6-5] |
16 | | |
17 | Defendant. | |

        Plaintiff Sondra Bazzoti and Defendant Experian Information Solutions, Inc. ("Experian" or "Defendant") respectfully submit the following stipulated request to extend the deadline to attend mediation by thirty-three (33) days until September 17, 2007 under the Northern District's ADR Local Rule 6-5.  The parties stipulate as follows:

        1.      The Court approved the parties' stipulated request to participate in mediation through the Northern District's ADR program and originally referred the case to a mediation to be held by July 16, 2007.

1   2.   By prior stipulation, the parties agreed and this Court ordered that the deadline to
2   attend mediation was postponed 30 days to August 15, 2007.  Such order was entered on July 3,
3   2007.
4   3.   The grounds for the July 3, 2007 stipulation and order included:
5   "1) the parties agree that mediation will be much more effective, and the prospects for
6   early settlement best, if Plaintiff has a chance to depose the employee most
7   knowledgeable about Experian's consumer assistance and reinvestigation procedures,
8   before the mediation; 2) In order to prepare for the deposition, Plaintiff will have to
9   review the documents produced by Experian in response to Plaintiff's discovery requests.
10  By agreement of the parties, Experian will produce these documents to Plaintiff on July 2,
11  2007."
12  4.   Experian has now produced certain documents, but some documents have not been
13  produced pending entry of a Protective Order.
14  5.   The parties have now agreed on the terms of a Protective Order and plan to submit
15  a Stipulated Protective Order to this Court in next few days.
16  6.   Thereafter, additional documents previously withheld will be produced and the
17  deposition of the employee most knowledgeable about Experian's consumer assistance and
18  reinvestigation procedures will be deposed.  After the deposition, the parties plan to conduct the
19  mediation.
20  7.   The parties believe that they will be able to complete the mediation by September
21  15, 2007.
22
23  **THEREFORE**, the parties respectfully request that the Court extend the deadline to
24  attend mediation by thirty-three (33) days to September 17, 2007.  The parties further request that
25  the Court continue accordingly the scheduling conference currently set for August 31, 2007 to a
26  date after September 15, 2007.
27
28

1  **AGREED** and **STIPULATED** to by the parties:

2  Dated: _____          Dated: _____
3

4  JONES DAY                                LAW OFFICES OF WILLIAM E. KENNEDY
5

6  By: /s/_____           By: /s/_____
      Catherine S. Nasser                     William E. Kennedy

7

8  JONES DAY                                LAW OFFICES OF WILLIAM E. KENNEDY
   555 California Street, 26th Floor
   San Francisco, CA 94105                  2797 Park Avenue, Suite 201
9  Telephone: (415) 626-3939                Santa Clara, CA 95050
                                            Telephone: (408) 241-1000
10 Attorney for Defendant
   EXPERIAN INFORMATION SOLUTIONS
11                                          Attorney for Plaintiff
                                            SONDRA BAZZOTI
12

13                                    **ORDER**
14

15       PURSUANT TO STIPULATION, IT IS SO ORDERED that the mediation deadline be
16 extended by thirty days to   September 17, 2007   on this   3rd  day of   August   ,
17 2007.  The case management conference is continued to 9/21/07 at 10:30 a.m.
18
19                                    _____
                                      Judge Jeremy Fogel
20                                    United States District Judge

Stipulation and [Proposed] Protective Order
C07-00513-JF(PVT)

- 3 -